IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

JUL 20 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JANET C. KING | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-00-3159 |
| | § | |
| ANESTHESIA SPECIALISTS OF | § | |
| HOUSTON, A PARTNERSHIP, | § | |
| SUSAN H. CARLYLE, M.D., P.A., | § | |
| HOWARD L. HUDDLESTON, M.D., | § | |
| P.A., ED R. MOLINA-LAMAS, M.D., | § | |
| P.A., GREGORY J. O'NEIL, M.D., P.A., | § | |
| AND ELBERT L. WALTERS, M.D., P.A. | § | JURY TRIAL DEMANDED |
|     Defendants | § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
TO DISMISS DEFENDANTS SUSAN H. CARLYLE, M.D., P.A.,
ED R. MOLINA-LAMAS, M.D., P.A., GREGORY J. O'NEIL, M.D., P.A.,
AND ELBERT L. WALTERS, M.D., P.A., INDIVIDUALLY ONLY**

    Came on to be heard Plaintiff's Motion to Dismiss Defendants Susan H. Carlyle, M.D., P.A., Ed R. Molina-Lamas, M.D., P.A., Gregory J. O'Neil, M.D., P.A., and Elbert L. Walters, M.D., P.A., Individually, only, and having reviewed said motion, the Court is of the opinion that said motion should be GRANTED.

    It is hereby ORDERED that only Defendants Susan H. Carlyle, M.D., P.A., Ed R. Molina-Lamas, M.D., P.A., Gregory J. O'Neil, M.D., P.A., and Elbert L. Walters, M.D., P.A., Individually, are dismissed without prejudice from this lawsuit.

    SIGNED this 19th day of July, 2001 at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

G:\Kng002\Motion to Dismiss.Partial Fed 02.wpd

36